# **<u>Exhibit A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                Plaintiff,<br>    vs.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br><br>                Defendants. | Adversary Proceeding<br>Case No. 19-51071 (JKS) |

## ENTRY OF DEFAULT

It appears from the record that the Defendants, Eduardo G. Diaz and Diaz Retirement Consultants, failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the Defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: _____, 2021　　　　　*/s/ Una O'Boyle*_____
　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court


　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).