## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 16th day of September, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default (with Exhibit A);**

**Declaration of Counsel in Support of Plaintiff's Request for Entry of Default (with Exhibit 1)**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

1

**FIRST CLASS MAIL**
EDUARDO DIAZ
107 SAN SOUCI AVE.
OCEAN SPRINGS, MS 39564-5340

**FIRST CLASS MAIL**
DIAZ RETIREMENT CONSULTANTS
ATTN: EDUARDO DIAZ
107 SAN SOUCI AVE.
OCEAN SPRINGS, MS 39564-5340