## <u>EXHIBIT 1 TO ORDER</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding Case No. 19-51071 (JKS) |
| vs. | **Re: Adv. Docket No. 30** |
| EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS, | |
| Defendants. | |

## STIPULATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, by and through his undersigned counsel, and Defendants, Eduardo G. Diaz and Diaz Retirement Consultants, hereby agree and stipulate to the following:

WHEREAS on December 3, 2019, the Plaintiff commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against defendants Eduardo G. Diaz ("Diaz") and Diaz Retirement Consultants (the "Defendants," and collectively with Plaintiff, the "Parties") by filing the *Adversary Complaint: (I) For Avoidance and Recovery of Avoidable Transfers; and (II) For Sale of Unregistered Securities, For Fraud, and For Aiding and Abetting Fraud* [Adv. Docket No. 1] (the "Complaint").

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

WHEREAS the Defendants never answered or otherwise responded to the Complaint and on September 16, 2021, the Plaintiff filed its request for entry of default and after entry of default, Plaintiff filed a Motion for Default Judgment (the "Motion") on September 20, 2021;

WHEREAS on October 1, 2021, the Defendants filed their *Motion to Dismiss Summary Judgment for Failure to State Truthful and Factual Claim*;

WHEREAS on October 26, 2021, the Plaintiff filed its *Reply in Support of Plaintiff's Motion for Default Judgment*;

WHEREAS the Parties have agreed the deadline for Defendants to answer or otherwise respond to the Complaint is November 19, 2021 (the "Answer Deadline");

WHEREAS the Parties have further agreed that in the event the Defendants fail to answer or otherwise respond by the Answer Deadline, the Plaintiff is authorized to submit the proposed order approving the Motion (the "Default Judgment Order") under certification of counsel;

Accordingly, it is hereby agreed and stipulated by the Parties that:

1.      The deadline for Defendants to answer or otherwise respond to the Complaint shall be November 19, 2021.

2.      In the event that the Defendants fail to answer or otherwise respond to the Complaint by the Answer Deadline, the Plaintiff is authorized to submit the Default Judgment Order under certification of counsel.

Dated:  October 27, 2021

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: crobinson@pszjlaw.com

*Counsel to Plaintiff*

-and-

Dated: October 27, 2021

Eduardo G. Diaz
Diaz Retirement Consultants
107 San Souci Avenue
Ocean Springs, MS 39564

*Pro Se Defendants*