## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |

| | |
|---|---|
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Claro Chen IRA, and Claro Chen, | Adv. 19-50558 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Catherine Williams IRA, and Catherine Williams, | Adv. 19-50606 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Elizabeth A. Janovsky IRA, and Elizabeth A. Janovsky, | Adv. 19-50700 (JKS) |
| Raymond M. Chambers and Sarah E. Chambers, | |
| Robert W. Haskins and Neoma F. Haskins, | Adv. 19-50777 (JKS) |
| Gwendolyn Bissette, | Adv. 19-50779 (JKS) |
| Helen S. Fong, | Adv. 19-50815 (JKS) |
| IRA Services Trust Company, custodian for the benefit | Adv. 19-50818 (JKS) |
| of Bret J. Parent IRA, and Bret J. Parent, | Adv. 19-50821 (JKS) |
| Rebecca K. Wittler, | |
| Karen I. Clara, | Adv. 19-50822 (JKS) |
| Provident Trust Group, LLC, administrator and custodian | Adv. 19-50824 (JKS) |
| for the benefit of Angela Chatham IRA; | Adv. 19-50828 (JKS) |
| and Angela Chatham, | |
| Barbara Lois Feldman, | |
| Provident Trust Group, LLC, administrator and custodian | Adv. 19-50833 (JKS) |
| for the benefit of Martha C. Maclean Roth | Adv. 19-50835 (JKS) |
| IRA, and Martha C. Maclean, | |
| Heidi M. Pilant, | |
| Logan Turrentine, | Adv. 19-50841 (JKS) |
| Anna Santacroce, | Adv. 19-50845 (JKS) |
| Christopher Longworth, | Adv. 19-50844 (JKS) |

| | |
|---|---|
| Annua Group LLC, | Adv. 19-50928 (JKS) |
| Eric Little, | Adv. 19-50930 (JKS) |
| RH Principled Investments and Raymond Han, | Adv. 19-50944 (JKS) |
| | Adv. 19-50970 (JKS) |
| Security Financial, LLC and Ameritrust Advisors of SC, LLC, | Adv. 19-51020 (JKS) |
| Annuity Alternatives of America, LLC, | |
| Tangible Assets Investments, LLC and Charles | Adv. 19-51037 (JKS) |
| Thorngren, | Adv. 19-51058 (JKS) |
| Eduardo G. Diaz and Diaz Retirement Consultants, | |
| | Adv. 19-51071 (JKS) |
| Defendants. | **Ref Docket No. 4698** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                              ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 27, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 29, 2021 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated October 27, 2021 [Docket No. 4698], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c.  delivered via facsimile to the party listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
28th day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ASCENSUS LLC | ATTN ROBERT GUILLOCHEAU CEO | 4135 N FRONT ST | | | HARRISBURG | PA | 17110 |
| CHRISTOPHER M SOULIER | | 602 WILLIAM WAY | | | WAUNAKEE | WI | 53597 |
| CHRISTOPHER M. SOULIER | | 703 LOCHMOORE DRIVE | | | WAUNAKEE | WI | 53597 |
| CLARO CHEN | | 19348 EMPTY SADDLE ROAD | | | WALNUT | CA | 91789 |
| DIAZ RETIREMENT CONSULTANTS | ATTN: EDUARDO DIAZ | 107 SAN SOUCI AVE | | | OCEAN SPRINGS | MS | 39564-5340 |
| EDUARDO DIAZ | | 107 SAN SOUCI AVE | | | OCEAN SPRINGS | MS | 39564-5340 |
| GWENDOLYN BISSETTE | | 325 MUELLER DR | | | CLAYTON | NC | 27520 |
| KAREN I CLARA | | 38221 FERNHILL CT | | | CLINTON TOWNSHIP | MI | 48038 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN:  MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| BENNER-ROTHBOECK | ATTN: THOMAS BENNER | 1008 5TH ST. #1706 | | | ANACORTES | WA | 98221 | TOM@BEROLAW.COM |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |