# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br><br>　　　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-51071 (JKS)<br><br><br><br><br><br><br><br>**Ref Docket No. 36** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO　　　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF FRANKLIN　)

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2021, I caused to be served the "Order Approving Stipulation Regarding Plaintiff's Motion for Default Judgment," dated October 28, 2021 [Docket No. 36], by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
29th day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DIAZ RETIREMENT CONSULTANTS | ATTN: EDUARDO DIAZ | 107 SAN SOUCI AVE | | | OCEAN SPRINGS | MS | 39564-5340 |
| EDUARDO DIAZ | 107 SAN SOUCI AVE | | | | OCEAN SPRINGS | MS | 39564-5340 |