IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WOODBRIDGE GROUP OF COMPANIES, LLC,<br>*et al.*,<br>　　　　　　　　　　Remaining Debtors.<br><br>―――<br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br>　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 17-12560-(JKS)<br><br>Jointly Administered<br><br>Adversary Proceeding<br>Case No. 19-51071 (JKS)<br><br>Re: D.I. 30, 32 |

## **VERIFIED TRUE FACTS AND MOTION TO MOVE TO MEDIATION**

1   I, Eduardo Diaz, move this court to rule that this action be put forth to mediation.

2

3   I do not acknowledge the allegations as true in Plaintiff's summary judgment.

4

5   Plaintiff's default for being non-responsive is untrue and in the court's eye should be considered frivolous. Mr. Diaz answered all correspondence that was available to him at the time.

6

7   Plaintiffs have not been forthcoming in providing any documentation that proves the allegations that I had knowledge of the Ponzi scheme by Woodbridge during this time and thus aided and abetted in their scheme knowingly. Therefore, the mediator can demand all documentation requested by me.

8

9   I require mediation, the mediator, an unbiased third party, will review only true first-hand
10   knowledge and direct evidence. I require that this first hand evidence be presented during

11 mediation as I have not been given any documentation regarding any wrongs or trespass that demonstrate I had any knowledge of Woodbridge's scheme..

12

13 I require Plaintiff's to provide first-hand knowledge and direct evidence to show I

14 knowingly participated in illegal activities or Ponzi schemes.

15

16 Documents of verified true facts must be entered into the record.

17 I have responded in a timely manner throughout these proceedings as access to information and mailings were available. If the Plaintiffs, or any others, have first-hand knowledge or direct evidence to the contrary please submit to arbitration.

18 If there is any other first-hand knowledge and direct evidence that controverts and over-weighs my true statements please bring them forward.

Respectfully submitted and without prejudice,

By: _[signature]_  11-18-2021

Eduardo Diaz, without recourse    Date

with explicit reservation of all rights

### AFFIRMATION of Verified True Facts and First-Hand Knowledge

I, Eduardo Diaz, a man, under penalty of perjury, do ratify and confirm that all statements, declarations, claims, and allegations expressed herein are true, correct, complete, and certain, to the best of my knowledge and belief, with no intention to threaten, mislead or defraud under the provisions of the Bill of Rights, and under the provisions of your Title 28 United States Code § 1746(1) and under the provisions of your Title 18 United States Code § 1621.

Without prejudice

By: _[signature]_  11-18-2021

Eduardo Diaz, without recourse    Date

with explicit reservation of all rights

## CERTIFICATE OF SERVICE

FILED
2021 NOV 22 AM 10: 32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, Eduardo Diaz, on the __18__th day of November, 2021, did post a true and correct copy of the "**MOTION FOR MEDIATION** in the Office of the Post and mailed to: Clerk of Court-District of Delaware,

_____.

cc: Messrs. Colin R. Robins, Richard M. Pachulski, Andrew W. Caine, Branford Sandler, Michael Goldberg, Trustee in % the previous lawyers at PCHULSKI STANG ZIEHL % JONES LLP, 919 North Market Street, 17th Floor P.O. Box 8705, DE 19889 CCourier 19801)