# EXHIBIT A TO ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br>                    Plaintiff,<br><br>v.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br>                    Defendant. | Adv. Proc No. 19- 51071 (JKS) |

## STIPULATION TO TOLL
## DISCOVERY UNTIL AFTER THE CONCLUSION OF MEDIATION

Plaintiff Michael Goldberg, (the "Plaintiff"), as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, and the above-captioned defendant (the "Defendant" and together with the Plaintiff, the "Parties"), hereby agree and stipulate that, in according with the scheduling order dated December 15, 2021, discovery shall be tolled until after the filing of a mediator's Certificate of Completion pursuant to Local Rule 9019-5(f)(ii).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: _____, 2021

[FIRM]                                              PACHULSKI STANG ZIEHL & JONES LLP


By: _____         By: _____
    [Attorney]                                 Richard M. Pachulski (CA Bar No. 90073)
    [Address]                                  Andrew W. Caine (CA Bar No. 110345)
    [City, State, Zip]                         Bradford J. Sandler (DE Bar No. 4142)
    Tel: _____                  Colin R. Robinson (DE Bar No. 5524)
    Fax: _____                  919 North Market Street, 17th Floor
    Email: _____                P.O. Box 8705
                                                    Wilmington, DE 19899 (Courier 19801)
Counsel for Defendant                               Telephone: 302-652-4100
                                                    Fax: 302-652-4400
                                                    Email: rpachulski@pszjlaw.com
                                                           acaine@pszjlaw.com
                                                           bsandler@pszjlaw.com
                                                           crobinson@pszjlaw.com

                                                    Counsel for Plaintiff