**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560-BLS |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| Michael Goldberg, | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-51071 |
| | : | |
| v. | : | |
| | : | MEDIATION STATUS REPORT |
| Eduardo G. Diaz and Diaz Retirement Consultants, | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated February 4, 2022, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than _____ (*insert date*) for the following reason(s):

_____    A mediation session is scheduled to occur on _____.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X__    OTHER: Additional exchange of information between the parties taking place and mediation currently being scheduled.


Dated: April 19, 2022                     Mediator

                                          */s/ Leslie A. Berkoff*
                                          Leslie A. Berkoff (#4584)
                                          MORITT HOCK & HAMROFF LLP
                                          400 Garden City Plaza
                                          Garden City, NY 11530
                                          (516) 873-2000

cc:    Counsel of Record
       Pro Se Parties

2942845v1