IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560-BLS |
| | : | |
| Debtors. | : | |
| | : | |
| Michael Goldberg, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Eduardo G. Diaz and Diaz Retirement Consultants, | : | Adv. Proc. No.: 19-51071 |
| | : | |
| Defendant. | : | |
| | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiff: Jeffrey Nolan, Esq. of Pachulski Stang Ziehl & Jones LLP

   Counsel for Defendant: Eduardo Diaz, pro se

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   None

(c)  The outcome of the mediation conference was:

   __X__   The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____   The matter has been partially resolved and counsel (or parties) have been

3045519v1

      instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

____    The following issues remain for this court to resolve:

____    The matter has not been resolved and should proceed to trial.

____    OTHER:

Dated: October 17, 2022                      Mediator

*Leslie A. Berkoff*
Leslie A. Berkoff (#4584)
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

3045519v1