# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-51071 (JKS)<br><br><br><br><br><br><br><br>**Ref. Docket No. 66** |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 26, 2024, I caused to be served the "Certification of Counsel Regarding Entry of Judgment Against Eduardo G. Diaz and Diaz Retirement Consultants," dated November 26, 2024 [Docket No. 66], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to the party listed on the annexed Exhibit B.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.* - Case No. 17-12560 (JKS)
First Class Mail Parties

| | |
|---|---|
| DIAZ RETIREMENT CONSULTANTS<br>ATTN: EDUARDO DIAZ<br>2113 GOVERNMENT STREET, #D2<br>OCEAN SPRINGS, MS 39564 | EDUARDO DIAZ<br>ADDRESS ON FILE |

**EXHIBIT B**

Woodbridge Group of Companies, LLC - Case No. 19-50945-JKS
Service Parties Email List

| Name | Attention | Email Address |
|---|---|---|
| DIAZ RETIREMENT CONSULTANTS | ATTN: EDUARDO DIAZ | theaccidentalcitizen@gmail.com |