# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br>                     Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br>                     Plaintiff, <br><br> vs. <br><br> EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS, <br><br>                     Defendants. | Adversary Proceeding <br> Case No. 19-51071 (JKS) |

## ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST EDUARDO GUILLERMO DIAZ AND DIAZ RETIREMENT CONSULTANTS

Upon consideration of the Stipulation For Judgment Against Eduardo Diaz and Diaz Retirement Consultants,

The Court, having considered the Stipulated Judgment, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is granted in favor of Plaintiff, Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust, against the Defendants Eduardo Guillermo Diaz, individually and against Diaz Retirement Consultants, individually, in the amount of $354,798.28.

2. Plaintiff is awarded interest from the date of judgment at the federal rate.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

-2-

3. The Court retains jurisdiction over the Stipulation, the Stipulated Judgment and Order.

**Dated: December 13th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE