# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br>　　　vs.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br><br>　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-51071 (JKS) |

## ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST EDUARDO GUILLERMO DIAZ AND DIAZ RETIREMENT CONSULTANTS

Upon consideration of the Stipulation For Judgment Against Eduardo Diaz and Diaz Retirement Consultants,

The Court, having considered the Stipulated Judgment, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　　Judgment is granted in favor of Plaintiff, Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust, against the Defendants Eduardo Guillermo Diaz, individually and against Diaz Retirement Consultants, individually, in the amount of $354,798.28.

2.　　Plaintiff is awarded interest from the date of judgment at the federal rate.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

DOCS_LA:344589.3 94811/003

3. The Court retains jurisdiction over the Stipulation, the Stipulated Judgment and Order.

Dated: December 13th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Diaz,
    Defendant

Adv. Proc. No. 19-51071-JKS

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Dec 13, 2024      Form ID: pdfjo      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Diaz Retirement Consultants, ATTN: EDUARDO DIAZ, 2113 GOVERNMENT STREET, #D2, OCEAN SPRINGS, MS 39564-3949 |
| dft | + | Eduardo G. Diaz, 2113 GOVERNMENT STREET, #D2, OCEAN SPRINGS, MS 39564-3949 |
| clagent | + | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |
| intp | + | Epiq Class Action & Claims Solutions, Inc., 777 Third Avenue, New York, NY 10017-1401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 13 2024 19:57:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 13 2024 19:57:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| md | + | Email/Text: lberkoff@moritthock.com | Dec 13 2024 19:57:38 | Leslie Ann Berkoff, Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Suite 202, Garden City, NY 11530-3327 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024      Signature:      /s/Gustava Winters

District/off: 0311-1          User: admin                         Page 2 of 2
Date Rcvd: Dec 13, 2024       Form ID: pdfjo                      Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew W. Caine | on behalf of Plaintiff Michael Goldberg acaine@pszjlaw.com |
| Bradford J. Sandler | on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com  abates@pszjlaw.com |
| Bridget Gallerie | on behalf of Claims Agent Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com |
| Colin R. Robinson | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |
| Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |
| Leslie A. Berkoff | on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com |

TOTAL: 6